# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

RICHARD JULIUS DONALDSON,                                              PETITIONER
Reg. #16787-040

v.                              2:22CV00024-BSM-JTK

JOHN P. YATES                                                          RESPONDENT

## ORDER

Richard Julius Donaldson ("Petitioner") filed a Petition for Writ of Habeas Corpus on February 9, 2022. (Doc. No. 1). The Court then instructed Petitioner that his allegations do not sound in <u>habeas</u>, but rather fall under 42 U.S.C. § 1983. (Doc. No. 2). The Court gave Petitioner the option to convert this <u>habeas</u> action to an action under § 1983, if Petitioner wished to do so. (<u>Id</u>.) Rather than asking to convert his case, Petitioner has asked to dismiss all proceedings. (Doc. No. 6). Petitioner's Motion to Dismiss (Doc. No. 6) is GRANTED. FED. R. CIV. P. 41(a). Petitioner's Motion to Proceed <u>In Forma Pauperis</u> (Doc. No. 3) is DENIED as moot.

IT IS SO ORDERED this 21st day of March, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE